Michael J. Carroll (State Bar No. 50246)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs
Board of Trustees of the Automotive
Industries Pension Fund; Jim Beno,
Trustee

John D. McLachlan (State Bar No. 102436)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Edgren Motor Company, Inc.,
d/b/a Autowest Honda Fremont

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE<br><br>Plaintiffs<br><br>v.<br><br>EDGREN MOTOR COMPANY, INC., a corporation, doing business as AUTOWEST HONDA FREMONT,<br><br>Defendant. | Civil Action No. CV 09-1330 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND EXTENDING COURT SCHEDULING DATES |

[Proposed] Order Granting Defendant an Extension of Time to Respond to Plaintiff's Complaint and Extending Court Scheduling Dates
Board of Trustees of the Automotive Industries Pension Fund v. Edgren Motor Company, Civil Action No. CV 09-1330 CRB

1

1  At the request of the parties, Defendant's Response to Plaintiffs' Complaint, served on May 22, 2009, is extended to and through July 11, 2009, and the Court's scheduling dates are extended as follows:

2  1) The last day to (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference are extended to August 11, 2009.

3  2) The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order regarding Contents of Joint Case Management Statement are extended to September 11, 2009.

4  3) The Initial Case Management Conference is extended to September 18, 2009, at 8:30 a.m. in Court Room 8, 19th Floor, San Francisco, California.

IT IS SO ORDERED

Dated: June 10, 2009 



HONORABLE CHARLES R. BREYER

[Proposed] Order Granting Defendant an Extension of Time to Respond to Plaintiff's Complaint
and Extending Court Scheduling Dates
Board of Trustees of the Automotive Industries Pension Fund v. Edgren Motor Company, Civil Action No. CV 09-1330 CRB

2