```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EDGREN MOTOR COMPANY, INC., a corporation doing business as AUTOWEST HONDA FREMONT<br><br>　　　　　Defendant. | NO. C 09 1330 CRB<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

　　　　The parties having stipulated to have mediation occur in this case, the order having been entered August 17, 2009, and the ADR office advising plaintiffs' counsel that a mediator has been assigned,

　　　　IT IS STIPULATED that the Case Management Conference be continued to Friday December 11, 2009 at 8:30 a.m.

DATED: September 10, 2009　　　　ERSKINE & TULLEY
　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　　　By:/s/Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER　　　　1

1
2   DATED: September 10, 2009             FISHER & PHILLIPS LLP
3
                                          By:/s/John D. McLachlan
4                                              John D. McLachlan
                                               Attorneys for Defendant
5
6
7                                    ORDER
8                              IT IS SO ORDERED
9
10  Dated:__September 16, 2009__        _____
                                        Honorable Charles R. Breyer, Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER           2