```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
                      UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
10
11
12  BOARD OF TRUSTEES OF THE AUTOMOTIVE)   NO. C 09 1330 CRB
    INDUSTRIES PENSION FUND            )
13                                     )
                    Plaintiff,         )
14                                     )   STIPULATION TO EXTEND
                                       )   MEDIATION DEADLINE;
15         vs.                         )   ORDER
                                       )
16                                     )
    EDGREN MOTOR COMPANY, INC., a      )
17  corporation doing business as      )
    AUTOWEST HONDA FREMONT             )
18                                     )
                                       )
19                  Defendant.         )
    _____)
20
21        The parties having met and conferred with the mediator
22  regarding the time and place for mediation in this case, with client
23  representatives to be in attendance, and no date being available to
24  all within the ninety day mediation deadline, but all parties agreeing
25  to a mediation date of December 9, 2009,
26        IT IS HERE BY STIPULATED to extend the time for mediation
27  to December 9, 2009, with all other dates set by the Court to remain
28  in place.
```

STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER                    1

```
 1  DATED: October 21, 2009              ERSKINE & TULLEY
 2                                       A PROFESSIONAL CORPORATION
 3
 4                                       By:/s/Michael J. Carroll
                                            Michael J. Carroll
 5                                          Attorneys for Plaintiff
 6
 7  DATED: October 21, 2009              FISHER & PHILLIPS LLP
 8
                                         By:/s/John D. McLachlan
 9                                          John D. McLachlan
                                            Attorneys for Defendant
10
11
12                               ORDER
13                          IT IS SO ORDERED
14
15  Dated: October 22, 2009       _____
                                  Honorable Charles R. Breyer, Judge
16
```

*IT IS SO ORDERED* — Judge Charles R. Breyer, United States District Court, Northern District of California

STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER          2