1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE          )   NO.  C 09 1330 CRB
   AUTOMOTIVE INDUSTRIES PENSION     )
12 FUND,                             )   STIPULATION TO CONTINUE
                                     )   CASE MANAGEMENT
13              Plaintiffs,          )   CONFERENCE; ORDER
                                     )
14        vs.                        )
                                     )
15 EDGREN MOTOR COMPANY, etc.,       )
                                     )
16              Defendant.           )
   _____
17
          This case is set for a mediation on Wednesday December 9,
18
   2009 and set for a case management conference on Friday December
19
   11, 2009.
20
          The dates are so close together because the parties and
21
   mediator had difficulty arriving at a date convenient to all who
22
   need to be present.  The Court permitted an extension of time for
23
   the mediation in the Order filed as Document 7 in this case.
24
   ////
25
   ////
26
   ////
27
   ////
28
   ////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER        1

The mediation may result in settlement. It may require more than one session. The parties want to conserve attorney time on the case and respectfully stipulate and request that the Case Management Conference be continued to Friday, February 5, 2010 at 8:30 a.m.

DATED: December 1, 2009     ERSKINE & TULLEY
                            A PROFESSIONAL CORPORATION

                            By: /s/ Michael J. Carroll
                                Michael J. Carroll
                                Attorneys for Plaintiffs

DATED: December 1, 2009     FISHER & PHILLIPS LLP

                            By: /s/ John D. McLachlan
                                John D. McLachlan
                                Attorneys for Defendant

O R D E R

IT IS SO ORDERED.

DATED: December 2, 2009     _____
                            JUDGE CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*