1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE ) NO. C 09 1330 CRB
INDUSTRIES PENSION FUND,            )
                                    ) ~~NOTICE OF SETTLEMENT~~
                                    ) ~~STIPULATION TO TAKE~~
               Plaintiffs,          ) ~~CROSS MOTIONS OFF~~
                                    ) ~~CALENDAR~~
        vs.                         )
                                    )
EDGREN MOTOR COMPANY, etc.,         )
                                    )  ORDER
                                    )
               Defendant.           )
_____)

        The parties have met and conferred and settled this case. There are cross motions for summary judgment pending, with briefs due June 25, 2010 and July 2, 2010, and a hearing date of July 16, 2010. The settlement will require preparation of paperwork and other steps. We expect to complete the settlement before July 16, 2010, but cannot be sure.

        IT IS HERE BY STIPULATED to take the briefing and hearing date off calendar, and to convert the July 16, 2010 date to a case management conference.

NOTICE OF SETTLEMENT STIPULATION TO TAKE CROSS MOTIONS OFF CALENDAR         1

```
DATED: June 23, 2010                ERSKINE & TULLEY
                                    A PROFESSIONAL CORPORATION


                                    By:  /s/Michael J. Carroll
                                         Michael J. Carroll
                                         Attorneys for Plaintiffs


DATED: June 23, 2010                FISHER & PHILLIPS LLP

                                    By:  /s/John D. McLachlan
                                         John D. McLachlan
                                         Attorneys for Defendant
```

O R D E R

IT IS SO ORDERED.

DATED: June 24, 2010

JUDGE CHARLES R. BREYER

*IT IS SO ORDERED* — Judge Charles R. Breyer (signature stamp, United States District Court, Northern District of California)

NOTICE OF SETTLEMENT STIPULATION TO TAKE CROSS MOTIONS OFF CALENDAR    2