```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al., | NO. C 09 1330 CRB |
| Plaintiff, | STIPULATION FOR CONDITIONAL DISMISSAL ORDER |
| vs. | |
| EDGREN MOTOR COMPANY, etc., corporation, | |
| Defendant. | |

　　　　　The parties having advised the Court that they have agreed to a settlement, but that it will take time to finalize.

　　　　　IT IS HEREBY STIPULATED that this action be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 30 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand

STIPULATION FOR CONDITIONAL DISMISSAL ORDER
1

1  vacated, and the action shall be restored to the calendar to be set
2  for trial.
3  DATED: July 13, 2010                ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION
4
5                                      By:/s/Michael J. Carroll
                                           Michael J. Carroll
6                                          Attorneys for Plaintiff
7
8  DATED: July 13, 2010                FISHER & PHILLIPS LLP
9
                                       By:/s/John D. McLachlan
10                                         John D. McLachlan
                                           Attorneys for Defendant
11
12                             **ORDER**
13      IT IS SO ORDERED.
14
   DATED: __July 13, 2010_____
15
16                                     _____
                                       JUDGE CHARLES R. BREYER
17

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

STIPULATION FOR CONDITIONAL DISMISSAL ORDER
2